Date: 04/19/11                          **DIVIDENDS REMITTED TO THE COURT**                          Page:

Case Number 10-18405 - HAMLEY, JANE M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Drs. Hill & Thomas Co.<br>25001 Emery Rd. #100<br>Cleveland, OH 44128<br>    ACCOUNT NO. 0863 | 000003 | 21.07 | 1.65 |
| ---------- Remittance Total --------------- | | 21.07 | 1.65 |

*receipt #*
*152277*

MARVIN A. SICHERMAN, Trustee

